NUMBERS
13-03-728-CV
13-04-558-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
GRACIELA GOMEZ DE HERNANDEZ, ET AL.,                      Appellants,

v.

NEW TEXAS AUTO AUCTION SERVICES, L.P., 
D/B/A BIG H. AUTO AUCTION,                                            Appellee.
____________________________________________________________________

On appeal from the 332nd District Court
of Hidalgo County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Castillo
Memorandum Opinion Per Curiam

 
         Appellants, GRACIELA GOMEZ DE HERNANDEZ, ET AL., perfected an appeal
from a judgment entered by the 332nd District Court of Hidalgo County, Texas, in
cause number C-093-02-F(1). After the record and briefs were filed, appellants, Arely
Hernandez, Olvido Hernandez, and Juan Hernandez, and appellee, New Texas Auto
Auction Services, L.P., d/b/a Big H. Auto Auction, filed a joint motion to dismiss their
appeal. These parties state that they have agreed to a confidential compromise,
release, and discharge of all claims, and they now seek to dismiss their appeal. The
remaining appellants


 in this case were not parties to this agreement and intend to
continue their appeal. The appeal between appellants, Arely Hernandez, Olvido
Hernandez, and Juan Hernandez, and appellee, New Texas Auto Auction Services,
L.P., d/b/a Big H. Auto Auction, is severed from the original appeal and is docketed
under cause number 13-04-558-CV.
         Having considered the joint motion to dismiss the appeal and the documents on
file, this Court is of the opinion that the motion should be granted. The joint motion
to dismiss the appeal between appellants, Arely Hernandez, Olvido Hernandez, and
Juan Hernandez, and appellee, New Texas Auto Auction Services, L.P., d/b/a Big H.
Auto Auction, is hereby granted. The appeal in cause number 13-04-558-CV is
ordered DISMISSED. 
         The remaining issues in the appeal will remain docketed under cause number 13-03-728-CV.

                                                                                 PER CURIAM

Memorandum Opinion delivered and filed this
the 28th day of October, 2004.